**Order filed May 24, 2012**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-12-00381-CV
_____

**HAWAH FAHNBULLEH, Appellant**

**V.**

**CITY OF HOUSTON, Appellee**

---

**On Appeal from the County Civil Court at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 934450**

---

### O R D E R

The notice of appeal in this case was filed April 19, 2012. The clerk's record was filed May 3, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **June 8, 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM